UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEPH JEROME ROSS**                          **CIVIL ACTION**

**VERSUS**                                      **NO:    22-1210**

**SHERIFF TIMOTHY SOIGNET, ET. AL**             **SECTION: "G"(4)**

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Joseph Jerome Ross's § 1983 claims against Defendants Medical Staff, 32nd Judicial District Court, and La Salle Correctional Center be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief may be granted pursuant to Title 42 U.S.C. § 1983.[1]

**NEW ORLEANS, LOUISIANA,** this ___31st___ day of March, 2023.

                                            **NANNETTE JOLIVETTE BROWN**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**

---

[1] On December 14, 2022, the Court granted a joint motion to dismiss the claims pending against the City of Houma, Rhonda Ledet, Nurse April, R. Neal, Timothy Soignet, and the Terrebonne Parish Jail Medical Staff. *See* Rec. Doc. 33.